| AOC-S-105   Sum Code: CI<br>Rev. 7-99 |  | Case Number **08-CI-00489** |
|---|---|---|
| | | Court CI |
| **Commonwealth of Kentucky**<br>**Court of Justice**<br>CR 4.02; Cr Official Form 1 | **Civil Summons** | County GREENUP |

*Plantiff,* POFF, MARGARET ELIZABETH  VS. DIVERSICARE MGMT.SERVICES, D/B, *Defendant*

NATIONAL REGISTERED AGENTS, INC.
400 WEST MARKET STREET, SUITE 1800
LOUISVILLE                    KY    40202

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, ALLEN KENT REED

By _____Judy S Webb_____, DC

Date: 05/27/2009

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To: _____

[ ] Not Served because: _____

Date: _____, 2___                                                       Served by _____



Copy

Generated: 05/27/2009

| AOC-S-105    Sum Code: CI |  | Case Number 08-CI-00489 |
|---|---|---|
| Rev. 7-99 | | Court CI |
| Commonwealth of Kentucky | | County GREENUP |
| Court of Justice | | |
| CR 4.02; Cr Official Form 1 | **Civil Summons** | |

*Plantiff,* POFF, MARGARET ELIZABETH  VS. DIVERSICARE MGMT.SERVICES, D/B, *Defendant*

```
NATIONAL REGISTERED AGENTS, INC
400 WEST MARKET STREET, SUITE 1800
LOUISVILLE                KY    40202
```

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, ALLEN KENT REED

By _____Judy S Webb_____, DC

Date: 05/27/2009

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To: _____

[ ] Not Served because: _____

Date: _____, 2___                                      Served by _____



Copy

Generated: 07/02/2008

| AOC-S-105  Sum Code: CI | | Case Number 08-CI-00489 |
|---|---|---|
| Rev. 7-99 |  | Court CI |
| Commonwealth of Kentucky | | County GREENUP |
| Court of Justice | | |
| CR 4.02; Cr Official Form 1 | **Civil Summons** | |

*Plantiff*, POFF, MARGARET ELIZABETH  VS. DIVERSICARE MGMT.SERVICES, D/B, *Defendant*

```
DIVERSICARE MGMT.SERVICES, D/B/A WURTLAND
SERVE: NATIONAL REGISTERED AGENTS
400 W.MARKET ST., SUITE 1800
LOUISVILLE                   KY    40202
```

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, ALLEN KENT REED

By _____, DC

Date: 07/02/2008

COPY

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To:

[ ] Not Served because:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diversicare Mgmt Servias
d/b/a Wurtland Nursing
SERVE: National Reg. Agents
400 W. Market St.
Suite 1800
Louisville, KY 40202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

08-CI-489

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label)
7006 2760 0004 1649 6987

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Commonwealth of Kentucky
Greenup County
Allen K. Reed
Circuit Court Clerk

Receipt Number: 02-0009188-A
DATE: 05/27/2009
TIME: 04:17 PM
*** (M) CIVIL-OTHER ***

CASE NO: 08-CI-00489

RECEIVED FROM: MARTIN & VINCENT
ACCOUNT OF: POFF, MARGARET E V DIVERSICA[RE]

| | | |
|---|---|---|
| 1. | Postage/Cert. Mail MCFO(K(H)) | 19.24 |
| | TOTAL: | $19.24 |
| | CHECK: | $19.24 |
| | ***DIFF: | 0.00 |

*** Check Number: 21481

Prepared By: J. W.
** MCFO=Money Collected for Others
** CS=Charge for Services
Payer                                           Page 1 of 1

Commonwealth of Kentucky
Greenup County
Allen K. Reed
Circuit Court Clerk

Receipt Number: 02-0009188-A
DATE: 05/27/2009
TIME: 04:17 PM
*** (M) CIVIL-OTHER ***

CASE NO: 08-CI-00489

RECEIVED FROM: MARTIN & VINCENT
ACCOUNT OF: POFF, MARGARET E V DIVERSICA[RE]

1. Postage/Cert. Mail MCFO(K(H))     19.24
        TOTAL:              $19.24
        CHECK:              $19.24
        ***DIFF:             0.00

*** Check Number: 21481

Prepared By: J. W.
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                               Page 1 of 1



COMMONWEALTH OF KENTUCKY
GREEUP CIRCUIT COURT
CIVIL ACTION NO. 08-CI 489

MARGARET ELIZABETH POFF         PLAINTIFF
By and through her Power of Attorney and
Next Friend, MONA TUSSEY

v.   **PLAINTIFF'S FIRST AMENDED COMPLAINT**

DIVERSICARE MANAGEMENT SERVICES CO.
d/b/a WURTLAND NURSING AND
REHABILITATION;               DEFENDANT

  **SERVE BY CERTIFIED MAIL :**

    NATIONAL REGISTERED AGENTS, INC.
    400 WEST MARKET STREET, SUITE 1800
    LOUISVILLE, KENTUCKY 40202

DIVERSICARE LEASING CORP.
d/b/a WURTLAND NURSING AND
REHABILITATION CENTER             DEFENDANT

  **SERVE BY CERTIFIED MAIL:**

    NATIONAL REGISTERED AGENTS, INC.
    400 WEST MARKET STREET, SUITE 1800
    LOUISVILLE, KENTUCKY 40202

    ** ** ** ** ** ** ** ** ** ** ** ** **

  Comes the Plaintiff, Margaret Elizabeth Poff, by and through her Power of Attorney and Next Friend, Mona Tussey, and for her First Amended Complaint against the Defendants, state as follows:

## COUNT I

1. The Plaintiff reaffirms and realleges each and every allegation contained her original Complaint and incorporates same herein by reference.

2. The Plaintiff, Mona Tussey, is the daughter of Margaret Elizabeth Poff. She brings this action on behalf of Ms. Poff as her Power of Attorney and Next Friend.

3. The Defendant, Diversicare Management Services Co., d/b/a Wurtland Nursing and Rehabilitation, is a foreign corporation registered to do business in the Commonwealth of Kentucky. At all times applicable hereto, Diversicare Management Services Co., operated, managed and maintained the nursing facility, Wurtland Nursing and Rehabilitation, located at 100 Wurtland Avenue, Wurtland, Kentucky 41144. The agent for service of process is National Registered Agents, Inc., 400 West Market Street, Suite 1800, Louisville, KY 40202.

4. The Defendant, Diversicare Leasing Corp., d/b/a Wurtland Nursing and Rehabilitation, is a foreign corporation registered to do business in the Commonwealth of Kentucky. At all times applicable hereto, Diversicare Leasing Corp., operated, managed and maintained the nursing facility, Wurtland Nursing and Rehabilitation, located at 100 Wurtland Avenue, Wurtland, Kentucky 41144. The agent for service of process is National Registered Agents, Inc., 400 West Market Street, Suite 1800, Louisville, KY 40202.

5. On or about January 18, 2001, Margaret Elizabeth Poff, became a patient under the care of the Defendants, and through their agents, servants and employees, for the purpose of providing to her medical examinations, treatments, diagnoses, residential services, long term care and nursing services and medical care as required by her condition.

6. In rendering those medical examinations, treatments, diagnoses, residential services, long term care and nursing services and medical care for Margaret Elizabeth Poff, the Defendants, and through their agents, servants and employees, failed to exercise the degree of care and skill as would be expected of an ordinarily prudent or reasonably

2

competent health care professional or health care provider under like or similar circumstances.

7. The failure of the Defendants, and through their agents, servants and employees, all as described above, in rendering medical examinations, treatments, diagnoses, residential services, long term care and nursing services and medical care for Margaret Elizabeth Poff, were substantial factors in causing personal injury to Margaret Elizabeth Poff.

8. As a result of the injuries caused to Margaret Elizabeth Poff by the negligence of the Defendants as set forth above, Margaret Elizabeth Poff incurred medical expenses, reasonable and necessarily related to her condition, suffered severe physical pain and mental anguish, extreme emotional distress, all in an amount in excess of the minimum jurisdictional requirement of this Court.

## COUNT II

1. The Plaintiff reaffirms and realleges each and every allegation contained in her original Complaint and in Count I of the First Amended Complaint and incorporates same herein by reference.

2. At all times complained of herein, Margaret Elizabeth Poff was an adult, more that eighteen (18) years of age, and was unable to manage her own resources or carry out the activities of daily living or protect himself from negligence or abusive situations without assistance from others.

3. At all times complained of herein, the Defendants were caretakers of Margaret Elizabeth Poff, having the responsibility for the care of Margaret Elizabeth Poff by contract or by agreement.

3

4. At all times complained of herein, the Defendants' acts and omissions as set forth in the original Complaint and in Count I of the First Amended Complaint, inflicted physical pain, mental injury and injury upon Margaret Elizabeth Poff, thereby qualifying as abuse of Margaret Elizabeth Poff.

5. At all times complained of herein, the acts and omissions of the Defendants as set forth above, acted to deprive Margaret Elizabeth Poff of services which were necessary to maintain her health and welfare and thereby constitute neglect of Margaret Elizabeth Poff.

6. The abuse and neglect of Margaret Elizabeth Poff, as described in this Count, were in violation of KRS 209.990 and were substantial factors in causing Margaret Elizabeth Poff to suffer the injuries and damages described in Count I of this Complaint, all in an amount in excess of the minimum jurisdictional requirement of this Court.

## COUNT III

1. The Plaintiff reaffirms and realleges each and every allegation contained in her original Complaint and in Counts I and II of the First Amended Complaint and incorporates the same herein by reference.

2. The Plaintiff states that the acts and omissions of the Defendants, Diversicare Management Services Co., d/b/a Wurtland Nursing and Rehabilitation and Diversicare Leasing Corp., d/b/a Wurtland Nursing and Rehabilitation, as set forth above, were in violation of KRS 216.515 and infringed upon and deprived Margaret Elizabeth Poff of the rights guaranteed by the statute and were substantial factors in causing Margaret Elizabeth Poff to experience physical pain, suffering and mental anguish.

3. As a result of the Defendants violations of the aforesaid statute, Margaret Elizabeth Poff incurred injuries and damages for the infringement upon and the deprivation of her statutory rights and as set forth in the original Complaint and Count I of this First Amended Complaint Complaint, all in an amount in excess of the minimum jurisdictional requirement of this Court and is entitled to an award of compensatory damages, of punitive damages, a reasonable attorney's fee and the cost of this action.

### COUNT IV

1. Plaintiff reaffirms and realleges each and every allegation contained in the original Complaint and in Counts I, II, and III of this First Amended Complaint and incorporates the same herein by reference.

2. The Plaintiff states that the acts and omissions of the Defendants, as set forth above, were in violation of Kentucky Revised Statutes, Kentucky Administrative Regulations and Federal Statutes and OBRA Regulations which govern the operation of and provide criteria for management and operation of long-term care facilities, including the facility known as Wurtland Nursing and Rehabilitation.

3. The Plaintiff states that the acts and omissions of the Defendants, as described above, were substantial factors in causing Margaret Elizabeth Poff to experience physical pain, mental anguish, abuse and neglect and were substantial factors in causing injury to Margaret Elizabeth Poff.

4. As a result of the Defendants' violation of the aforesaid statutes and regulations, the Margaret Elizabeth Poff has incurred injuries and damages as set forth in Count I of this Complaint, all in an amount in excess of the minimum jurisdictional requirement of this Court.

## COUNT V

1. Plaintiff reaffirms and realleges each and every allegation contained in the original Complaint an in Counts I, II, III and IV of this First Amended Complaint and incorporates the same herein by reference.

2. The Plaintiff states that the acts and omissions of all Defendants, Individually and through their agents, servants and employees, as described above, were reckless or were grossly negligent and that the Plaintiff is entitled to an award of punitive damages.

**WHEREFORE,** the Plaintiff prays for Judgment against the Defendants for the personal injury to Margaret Elizabeth Poff including an award for the physical pain and suffering, mental anguish, emotional distress, medical expenses, damages for the infringement upon and deprivation of her statutory rights, punitive damages, a reasonable attorney's fee and the cost of this action. Plaintiff further demands pre-judgment and post-judgment interest on all sums awarded and any and all other relief to which she may appear entitled, including a **TRIAL BY JURY.**

Respectfully submitted,

Martin & Vincent, PSC

B. Clark Batten, II
John F. Vincent
431 16th Street
P.O. Box 2528
Ashland, Kentucky 41105-2528

6

COMMONWEALTH OF KENTUCKY
GREEUP CIRCUIT COURT
CIVIL ACTION NO. 08-CI- 484
DIVISION \_\_\_\_

MARGARET ELIZABETH POFF     PLAINTIFF
By and through her Power of Attorney and
Next Friend, MONA TUSSEY

VS.     **COMPLAINT**

DIVERSICARE MANAGEMENT SERVICES CO.     DEFENDANT
d/b/a WURTLAND NURSING AND
REHABILITATION CENTER
SERVE: NATIONAL REGISTERED AGENTS, INC.
400 WEST MARKET STREET, SUITE 1800
LOUISVILLE, KENTUCKY 40202

SERVE BY CERTIFIED MAIL

FILED JUL 0 2 2008 BY ALLEN REED, CLERK D.C.

     Comes now the Plaintiff, by counsel, and for her Complaint against the Defendant herein states as follows:

     1. On or about December 7, 2007, Margaret Elizabeth Poff was a patient at the facility of the Defendant located at 100 Wurtland Avenue, Greenup County Kentucky.

     2. While being treated in the facility, through the negligence of the agents and/or employees of the Defendant, the Plaintiff sustained a personal injury including, but not to limited thereto as a fractured right hip.

     3. The fractured right hip, and other injuries, have caused the Plaintiff severe pain and discomfort, all to her damage in an amount to be determined by trier of fact, and will in the future result in further pain and suffering, all to her

damage in an amount o be determined by the trier of fact.

4. In addition, the Plaintiff has sustained medical expense, as a result of the actions of the Defendant, and will in the future be required to incur additional medical expense, all to her damage in an amount to be determined by the trier of fact.

5. The amounts claimed as damages herein exceed the jurisdictional limits of the Greenup Circuit Court.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in such sums as will compensate her for the damages set forth herein above; for her costs herein expended; for trial by jury; and for any and all other appropriate relief to which she may appear entitled.

Martin Vincent & Lavender

_____
John F. Vincent
431 16th Street
P.O. Box 2528
Ashland, Kentucky 41105-2528