# ADMISSION AGREEMENT
## GENERAL CONDITIONS

**Personal Property:** It is understood that the nursing home is not responsible for resident's valuables, monies, or clothing unless they are held in trust by the facility for safekeeping. Property shall not be considered held in trust unless a written receipt has been given to the resident. The facility reserves the right to exclude from the facility personal effects, funds, or other property of the resident in accordance with applicable federal or state law, whichever is more stringent.

**Emergency Care:** In case of emergency, if resident's personal physician is not available, the resident hereby gives permission to the nursing home to retain a physician. The physician so retained will bill resident directly, and the nursing home will not be responsible for payment of the bill for such service.

**Terms and Conditions:** The resident or other party signing this Agreement, if any, agree to abide by all of the terms and conditions set forth in this Agreement.

**Acknowledgment:** The resident or other party signing this Agreement, if any, hereby acknowledge(s) the following:

1. That each has received a duplicate original of this Agreement and any attachments thereto.
2. That each has been given an oral explanation of the services provided by the nursing home and the charges therefor, including those services offered on an as-needed basis.
3. That each has been given an oral explanation of the services and charges therefore set forth in the list of extra charges attached hereto.
4. That each has been given an oral explanation of the bed reservation and refund policies set forth in this Agreement.
5. That each has received a copy of pertinent policies and procedures, and an explanation of the resident's responsibility to obey all reasonable policies and procedures of the facility and to respect the personal rights and private property of other residents.
6. That each has received a copy of the contact numbers for the state and district ombudsman.

# AGREEMENT FOR CARE

**THE NURSING HOME AGREES TO:**



EXHIBIT A

1. Upon execution of this Agreement, admit resident with physician's order or with provisions made therefor, and assist in obtaining the services of a physician if a personal physician becomes unavailable, and obtain emergency physician services when required. A resident is not deemed admitted until such time as all agreements required by law have been appropriately executed. This provision may be waived in writing by the nursing home, at its sole discretion, if the resident is unable to sign and appropriate arrangements have been made to comply with applicable law.

2. Maintain written records of all financial transactions with the resident and/or other party responsible for payment, if any. In the event that the resident wishes for the facility to hold personal property in trust, the facility must be given a written inventory, verified by an employee of the facility, and the property must be held in trust in accordance with the rules, regulations, and policies of the facility. The resident has a right to have personal funds held on his/her behalf by the facility. The facility will provide the resident with an accounting of all funds held in trust in accordance with state laws or applicable federal regulations, whichever are more stringent. If at any time the rules and regulations of the state or federal government relative to trust accounts change, the resident will be notified of this change and all funds will be held in accordance with the change.

3. Furnish room, meals as required by the resident, nursing care, personal care, or custodial care, as may be required for the well being of the resident. This provision expressly excludes extraordinary services, including but not limited to physician care, private duty nursing, private sitters, and therapies not required by law. In the event that at any time during the furnishing of these services by the facility the resident is not in need of the specific service, refuses the service (e.g., meals), requires additional supplements (not including feeding by invasive procedures), no adjustment will be made in the daily rate for that resident's care.

4. Assist in application for private insurance benefits, but not accept assignment thereof unless otherwise noted as an exception herein. Assist the resident in applying for Medicare or Medicaid benefits where applicable.

5. Provide required assistance in daily living, and restorative nursing care, in accordance with the resident's care plan, where appropriate. The resident reserves the right to refuse said treatment.

6. Arrange for prompt transfer of the resident to a hospital upon physician's orders, or in an emergency situation. Expenses of transfer and care of the resident at the hospital are not the responsibility of the nursing home, and the resident and/or other party responsible for payment, if any, must arrange for payment for those services.

7. Obtain and administer such medications as may be prescribed, the cost of which

    shall not be the responsibility of the nursing home, but of the resident and/or other party responsible for payment, if any, or third-party payor as billed by the nursing home or as billed directly by a pharmacy.

8. Provide an activities program appropriate to the resident's needs.

9. Furnish bed linens and resident gowns as required for the proper care of the resident under normal conditions. All other personal clothing shall be supplies by the resident or someone acting on the resident's behalf, at his/her expense.

## THE RESIDENT, THE RESIDENT'S REPRESENTATIVE, THE LEGAL GUARDIAN, OR THE RESPONSIBLE PARTY, IF ANY, AGREE TO:

1. Provide complete information regarding the resident to the nursing home as requested. This information must be updated on a regular basis, when any substantial change occurs.

2. Provide a medical history, physical examination, and current doctor's orders.

3. Permit authorized staff of the facility to perform such functions as are necessary to maintain the well-being of the resident, including but not limited to assistance with bathing and hygiene, dressing, toileting, daily activities, performance of restorative nursing care (including bowel and bladder training), as appropriate, and performance of therapies as determined necessary by a physician. The resident has the right to refuse medication and treatment as prescribed by his/her physician. In accordance with the policies of the facility, in the event that the resident refuses to abide by physician's order, the facility retains the right to discharge the resident from the facility if, in its judgment, facility staff have determined that the welfare of others will be affected by the resident's refusal to accept such medication and/or treatment, or that the facility cannot properly care for the resident without administration of the medication and/or treatment.

4. Pay all of the fees and charges described in this Agreement upon the terms agreed to.

5. Provide or be responsible for personal items of clothing, toiletries, etc. The resident has a right to keep certain personal items in the facility as space and safety permit. The facility shall not be responsible for the safekeeping of said items, unless such items have been submitted to the facility for safekeeping in accordance with number two on page three of this Agreement.

6. Remove the resident from the nursing home within 30 days' time upon request of the nursing home for the resident's welfare, if the needs of the resident cannot be met in the facility, the resident has improved sufficiently so that he/she no longer needs the services provided by the facility, the safety or the health of individuals in the facility would otherwise by endangered, the resident has failed to pay or has failed to secure payment under Medicare or Medicaid for his/her stay at the facility, or the facility ceases to operate.
Resident may be removed with less than 30 days' notice when the safety or health of other

individuals in the facility would be endangered by giving 30 days' notice, the resident's health has improved sufficiently to allow more immediate transfer or discharge, and immediate transfer or discharge is required by the resident's urgent medical needs, or the resident has not resided in the facility for 30 days. A determination as to whether the resident fits under any of the exceptions of the 30-day requirement shall be made by the administrator of the nursing home or the resident's personal physician. Where applicable rules or regulations governing any provision of nursing care in the state or federal requirements, provide differing time frames, those time frames shall apply, as applicable to the specific situation. Notice shall be given in writing in accordance with the provisions of law.

7. Notify the nursing home at least seven days in advance of the removal of the resident not as the result of an emergency. Nothing herein shall preclude the resident from leaving the facility in accordance with law; however, failure to give adequate notice shall result in a charge for payment for any unused portion of the days between the date the resident leaves and the effective date of the notice.

8. Accept full responsibility for and absolve and release the nursing home, its personnel, and attending physician from any liability for any event, accident, or deterioration of medical condition while the resident is away from the nursing home and not under the direct care and supervision of the nursing home, or if the resident should leave the nursing home for any reason without first giving notice.

9. Authorize the nursing home to effect resident move from room to room for reasons involving necessary nursing care, compatibility, changes in the needs of the resident, or for whatever reason, in the opinion of the staff, it is necessary to make a room-to-room change. The resident will be advised in advance of any such change and the family and other relevant individuals will be advised shortly thereafter, where advance notice cannot be given.

10. Abide by the nursing home's policies and regulations regarding visiting, including any policies which have been instituted for problem families, policies and regulations regarding the welfare of the resident, and the conduct of the nursing home operation.

11. Pay all costs, expenses, and reasonable attorneys' fees, whether or not suit be brought, in the event same must be expended in the collection of any and all sums due and owed by the resident or any other party on his/her behalf, if any, to the nursing home.

12. OPTIONAL ARBITRATION CLAUSE (If the parties to this Agreement do not wish to include the following arbitration provision, please indicate so by marking an "X" through this clause. Both parties shall also initial that "X" to signify their agreement to refuse arbitration.) Any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration in accordance with the provisions of the state code and judgement upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

# FINANCIAL AGREEMENT

The resident and/or other party responsible for payment, if any, agree to pay         per day for a Nursing Facility semi-private bed,           per day for a nursing facility ward bed and         per day for a private Nursing facility bed and agree to pay          per day for Skilled Care, and the nursing home will accept this arrangement in full consideration for care and services rendered as follows:

1. Room, board, including meals, laundered linens and bedding, nursing care, personal care, or custodial care required for the health, grooming, and well-being of the resident in the accommodation type of Nursing Facility for a basic fee of         per day for a semi-private bed,         per day for a ward bed and         per day for a private bed and Skilled Care for a basic fee of         per day of which is payable thirty days in advance. In the event the resident is unable or unwilling to receive services included under the room and board definition, no adjustment will be made to the per diem rate. Medicaid or Medicare rates, where the resident is eligible for same, shall prevail over this rate. The resident and/or other party responsible for payment, if any, agree to pay all fees and charges not covered by public aid funds, or insurance benefits where assignment has been accepted by the facility in writing, when they are billed. In the event insurance and/or public aid funds are denied for services for which coverage has been expected, the resident and/or other party responsible for payment, if any, shall pay such charges within 30 days of receipt of billing. The resident and/or other party responsible for payment, if any, agree(s) to pay any change in rate charged to the resident so long as each party to this Agreement is given 30 days' written notice of the new rate to include increases as well as adjustments in resident's liability by any financial third party or regulatory agency.

    (a) Extra charges include, but are not limited to, special supplies, prescription drugs, laboratory and therapy fees, personal nursing care, equipment rental, physician and private duty nursing fees, ambulance transportation, and personal toiletries/items. A list of the extra charges, including services and supplies and charges therefore, available at the nursing home but not covered by the basic rate or by Medicare or Medicaid, are attached hereto. The nursing home shall provide written notification to each party of this Agreement of any changes in the said extra charges in accordance with the applicable

provision of the state and federal law.

(b) The daily rate is charged for the day of admission. For private pay residents there is no daily charge for the day of discharge if discharge occurs before noon. For Medicare and Medicaid residents there is no daily charge for the day of discharge. The daily rate will be charged, if applicable, on the day of death.

2. Refund Policy: Refunds are made for any time not used and for which payment has been made. The refund of the unused portion of prepaid fees and charges will be made following discharge. In the event of resident's death, refunds will be made in accordance with state law or federal law, whichever is more stringent. Any personal property belonging to the resident in the nursing home at the time of resident's death will be released in accordance with state and federal law, whichever is applicable.

3. The services of the physician will be billed by him directly to the resident or to the party responsible for said payment, if any.

4. Special medications as ordered by the physician will be billed by the pharmacist directly to the resident or to the party responsible for said payment, if any.

5. Bed Reservation Policy:

(a) If the resident is a private-pay resident, the nursing home will reserve the resident's bed for a period of up to 30 days for any single hospitalization for the resident, provided the nursing home receives reimbursement in advance. If the resident is a recipient of assistance under Medicaid or a recipient of any other state program, the nursing home will reserve the resident's bed for any single hospitalization for the length of time for which state or federal reimbursement is available, up to 14 days. For Medicare recipients, however, the bed will not be reserved.

(b) If the resident is a private-pay resident, and is absent from the nursing home for reasons other than hospitalization, the resident's bed will be reserved for up to 30 days at a cost to the resident and/or party responsible for payment, if any, of _____ per day.

(c) In the case of absence for reasons other than hospitalization of a Medicaid resident or any other resident whose cost of care is paid under any state and/or federal program, the resident's bed will be reserved for the number of days that the nursing home is reimbursed the per diem costs of that resident's care that would be reimbursed if that resident were actually at the nursing home; however, in no case will the nursing home reserve the bed for longer than 30 days.

(d) In the event that the resident has reserved a bed for 30 days, as set out in paragraphs (b) and (c) above, and payment has been made for all said days, and the resident remains absent from the facility for a longer period of time, then the resident's bed may be released unless arrangements

are made. However, if the resident wishes to return to the facility, his/her condition warrants readmission, and there is no legally justifiable reason for denying readmission, then the resident will receive the next available bed.

### EXCEPTIONS/ADDITIONS

The parties agree to the following exceptions or additions to this Agreement (indicate "NONE" if there are none):

_____

_____

### ASSIGNABILITY

This Agreement is fully assignable by the facility; in the event that the facility is sold, or license is transferred such that a new licensee operates the facility, this Agreement shall be automatically assigned to the new licensee and shall be fully binding upon both parties.

### ENTIRE AGREEMENT

I (we) hereby acknowledge that I (we) have read this page and the preceding pages. This Agreement constitutes the entire agreement between and/or among the parties, and it may not be amended except by written agreement of the parties. I (we) further acknowledge that the resident, and/or other party signing this Agreement, if any, have made the above promises and representation in order to induce the nursing home to enter into this Agreement, and the resident, and/or other party signing this Agreement, if any, acknowledge that the nursing home is entering into this Agreement, is relying upon the truthfulness of the promises and representations of the resident, and/or other party signing this Agreement, if any, herein.

_Sandy Caudill BSW_       _Vicki Edwards, NHA, Ph.D_
Signature of Nursing Home Representative    Witness

_Sandy Caudill BSW_      _1-18-01_
Printed Name of Nursing Home Representative    Date

_____  _____
Signature of Resident       Witness

*Printed Name of Resident*                                    *Date*

(If the resident is unable to physically sign his/her name, the resident shall sign by making a mark. If this is the manner in which the Agreement is signed, the witness shall witness that the resident was aware that he/she was signing an Agreement and that it was his/her intent to sign.)

_____                     _____
*Signature of Resident's Representative, if any*               *Witness*

_____                     01-18-01
*Printed Name of Resident's Representative*                   *Date*

(In the event that the resident has appointed a representative to control his/her assets, and even if such appointment has not been made through a legal document, the resident's representative shall be fully bound to the extent of those assets to the terms of this Agreement.)

_____                     _____
*Signature of Legal Guardian, if any*                          *Witness*

_____                     _____
*Printed Name of Legal Guardian*                              *Date*

(A copy of the court order appointing said guardian must be on file with the facility. This court order must appoint the legal guardian to sign contracts on behalf of the resident. The legal guardian will only be given such rights under this Agreement as are set out in that court order. In addition, the legal guardian must file with the facility on an annual basis the same financial documents, which are filed with the court showing the resources available to pay for the resident's care.)

_____                     _____
*Signature of Legal Designee, if any*                          *Witness*

_____                     01-18-01
*Printed Name of Legal Designee*                              *Date*

(The legal designee shall supply the facility with a copy of the power of attorney, durable power of attorney, or other legal document, which permits him to act as the legal designee of the resident. It is understood that the legal designee shall pay for the care of the resident in accordance with this Agreement to the extent that he has access to the resident's income or resources. The facility may

require an accounting from time to time as to the nature and type of said resources; failure to supply such an accounting shall be a breach of this Agreement.

_____
Signature of Responsible Party, if any

_____
Witness

_____
Printed Name of Responsible Party

_____
Date

(In the event that an individual voluntarily agrees to become legally responsible for payment for the care and treatment of the resident, said responsible party shall be fully bound to the terms of this Agreement. It is the policy of this facility that it does not require a third-party guarantor. By signing this Agreement, the responsible party acknowledges that he has signed voluntarily and with no undue coercion or persuasion on the part of the facility.)

## AUTHORIZATION FOR TREATMENT

The resident, legal guardian, or health care surrogate, if any, hereby authorizes the professional staff of the nursing home to administer necessary nursing procedures, podiatric procedures, skin scrapings, non-surgical dental procedures, and laboratory and x-ray procedures on the resident while the resident is in the nursing home. This consent may be withdrawn at any time. The resident, legal guardian, or health care surrogate, if any, understands that an additional consent will be required for any surgical treatment, or for any treatment requiring the use of general anesthesia.

The resident, legal guardian, or health care surrogate, if any, has read, and has had fully explained to him/her, and fully understands the above Authorization for Treatment. No guarantee or assurance has been made to the resident, legal guardian, or health care surrogate, if any, concerning the results, which may be obtained.

_____
Signature of Resident, Legal Guardian, Health Care Surrogate or Responsible Party