UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 09-47-DLB

MARGARET ELIZABETH POFF, by and through her Guardian,
MONA TUSSEY                                                                                            PLAINTIFF


VS.                                        **REFERRAL ORDER**


DIVERSICARE MANAGEMENT SERVICES CO.
d/b/a WURTLAND NURSING AND REHABILITATION
and
DIVERSICARE LEASING CORP., d/b/a WURTLAND
NURSING AND REHABILITATION CENTER                                               DEFENDANTS

* * * * * * * * * * * * * * * *

Having reviewed the record herein and reached the conclusion that judicial economy and efficiency would best be served by referring this action to the United States Magistrate Judge for the Eastern District of Kentucky, at Ashland, to supervise discovery and other pretrial proceedings; the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     This case is hereby **referred** to United States Magistrate Judge Edward B. Atkins at Ashland to supervise discovery and pretrial proceedings. In connection with such reference, said Magistrate Judge is authorized to conduct all pretrial and status conferences, to hold all hearings as may be required, and to rule on nondispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A), except motions *in limine. See Brown v. Wesley's Quaker Maid, Inc.,* 771 F.2d 952 (6th Cir. 1985). Dispositive motions and motions

1

*in limine* will be referred by the Clerk of this Court to the undersigned. The case will also revert back to the undersigned to hold the final pretrial conference and trial, unless the parties agree to a trial by a magistrate judge pursuant to 28 U.S.C. § 636(c).

(2) As for discovery disputes specifically, any such disputes shall be resolved in the following manner: (a) Parties shall first meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention; (b) if the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by telephone conference with the Magistrate Judge; (c) if, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, may they file appropriate written motions with the Court. Written motions regarding discovery shall include the certification required under Rule 37(a)(2)(A), if applicable.

This 4th day of February, 2010.

Signed By:
**David L. Bunning**
United States District Judge

G:\DATA\ORDERS\AshCivil\2009\09-47 ReferralOrder to Mag.wpd