Eastern District of Kentucky
**FILED**

MAY 1 8 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO.: 09-cv-00047-DLB
*Electrically Filed*

MARGARET ELIZABETH POFF, by and through her Guardian,
MONA TUSSEY          PLAINTIFF

vs.      **AGREED ORDER OF DISMISSAL**

DIVERSICARE MANAGEMENT SERVICES CO.
d/b/a WURTLAND NURSING AND REHABILITATION

and

DIVERSICARE LEASING CORP.
d/b/a WURTLAND NURSING AND

\*\*\*\*\*\*\*\*\*\*

The parties having agreed and the Court being otherwise sufficiently advised, it is hereby ORDERED that all claims against Defendants, Diversicare Management Services Co. d/b/a Wurtland Nursing and Rehabilitation and Diversicare Leasing Corp. d/b/a Wurtland Nursing and Rehabilitation Center, are hereby dismissed in their entirety with prejudice as settled with each party to bear its respective costs. This agreement resolves all claims remaining at issue in this case. This is a final and appealable order and there is no just cause for delay in its entry.

This 18th day of May, 2010

Signed By:
David L. Bunning
United States District Judge

DAVID L. BUNNING, UNITED STATES
DISTRICT JUDGE

**HAVE SEEN AND AGREED TO:**

/s/ Donald L. Miller, II
Donald L. Miller, II, Esq.
Paul A. Dzenitis, Esq.
Reminger Co., LPA
One Riverfront Plaza
401 West Main Street, Suite 710
Louisville, KY  40202
(502) 584-1310
(502) 589-5436 *Fax*
dmiller@reminger.com
*Counsel Defendants*


/s/ B. Clark Batten, II, Esq. (with permission)
B. Clark Batten, II, Esq.
John F. Vincent, Esq.
431 16th Street
P.O. Box 2528
Ashland, Kentucky 41105-2528
(606) 329-8338
(606) 325-8199
Clarkbatten@mjvllaw.com
*Counsel for Margaret Elizabeth Poff by and*
*Through her Power of Attorney and*
*Next Friend, Mona Tussey*


## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system upon all counsel of record in this proceeding on this 17th day of May, 2010.

/s/ Paul A. Dzenitis
Paul A. Dzenitis